# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2915
LT Case No. 2001-33723-CFAES

_____

JAY ALLEN NEWCOMB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Jay Allen Newcomb, Perry, pro se.

No Appearance for Appellee.

December 23, 2025

PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____